IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. LLOYD NORMAN, III, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE READING SCHOOL DISTRICT | : | |
| Defendant. | : | No. 08-4266 |

**O R D E R**

AND NOW, this ___30TH___ day of March, 2010, upon consideration of the Motion for Summary Judgment filed by Defendant Reading School District, (Doc. No. 21), and the Response of Plaintiff Dr. Lloyd Norman, III, (Doc. No. 31), it is HEREBY ORDERED that the Motion is GRANTED.

JUDGMENT IS ENTERED in favor of Defendant and against Plaintiff. This case is CLOSED.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI,
UNITED STATES MAGISTRATE JUDGE